UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CV-378-MOC-DSC

| | |
|---|---|
| MARY HAGGINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) **ORDER** |
| AARON NEMANIC, et al., | ) ) |
| Defendants. | ) ) |

**THIS MATTER** comes before the Court on a periodic status review. Plaintiff filed this action pro se on July 13, 2020, alleging she was wrongfully terminated from her employment, denied equal pay and work, and harassed, because of her race, religion, and age, in violation of Title VII of the Civil Rights Act of 1964 as amended.

Plaintiff did not attach to her Complaint the formal Notice of Charge of Discrimination that she filed with the EEOC. Therefore, on July 22, 2020, this Court entered an Order specifically stating, "Plaintiff shall within 20 days of service of this Order, furnish the Court with the Notice of Charge that she filed with the EEOC" and warning Plaintiff that if she "fails to comply with this Order, the Complaint shall be subject to dismissal without further notice." See (Doc. No. 3).

Plaintiff failed to submit her Notice of Charge, and the time to do so has passed. Thus, the Court will dismiss this action without prejudice.

**ORDER**

**IT IS, THEREFORE, ORDERED that:**

1. This action is **DISMISSED** without prejudice.

Signed: November 23, 2020

Case 3:20-cv-00378-MOC-DSC   Document 4   Filed 11/23/20   Page 1 of 1

Max O. Cogburn Jr.
United States District Judge