# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Mary Haggins, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00378-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Aaron Nemanic | ) | |
| Richard Johnson | | |
| Dean Hellshe | | |
| Central Piedmont Community College | | |
| Robin Jones, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 23, 2020 Order.

November 23, 2020

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court